West Dist.

DOC NO
REC'D/FILED

U.S. DISTRICT COURT
EASTERN DISTRICT - WI

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FILED

PETER DE MEYER  '09   MAR 30   A10:53
CLERK BY DEP. CLERK

MAR 2 5 2009

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

This Document Relates To:

Cases from the law firm of
Cascino Vaughan Law Offices, Ltd.

Civil Action No.  MDL 875

U.S. DISTRICT COURT FOR THE WESTERN
DISTRICT OF WISCONSIN
Welch v. Anchor Packin, et al.,
Case No. 97C-0411-C

97-C-411-C

## ORDER APPOINTING SPECIAL ADMINISTRATOR

This matter coming to be heard on the plaintiff's motion for appointment of Special

Administrator and to amend the complaint to reflect said appointment, it is hereby ordered:

1.    Janice Pagel is appointed Special Administrator solely for the purposes of pursuing the

above lawsuit.

2.    The complaint is hereby amended on its face substituting Janice Pagel as special

administrator for the estate of Platt O Welch, as plaintiff herein.

Date: March 3, 2009

_____

Honorable Eduardo C. Robreno

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)